IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEITH R. COATS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:06-CV-00080-DRB |
| ) | [wo] |
| JO ANNE B. BARNHART ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Submitted now is the *Defendant's Motion to Reverse and Remand and for Entry of Final Judgment* (Doc. 16, filed July 18, 2006), the supporting memorandum (Doc. 17) and *Plaintiff's Response to Defendant's Motion* (Doc. 19, filed July 20, 2006).

For good cause based upon the Appeal Council's determination that remand is appropriate for additional proceedings before an administrative law judge,[1] and based upon the Plaintiff's advisement that he "consents to Defendant's Motion to Reverse and Remand and Entry of Final Judgment", it is hereby

**ORDERED** that the *Motion* (Doc. 16) is **GRANTED** and the decision of the Commissioner is **REVERSED AND REMANDED**, pursuant to *sentence four* of 42 U.S.C. §405(g) for further

---

[1]Upon receipt of the remand order, the Appeals Council "will remand Plaintiff's case to an ALJ to re-evaluate Plaintiff's credibility in accordance with 20 C.F.R. §§404.1529 and 416.929, Social Security Ruling 96-7p, and Eleventh Circuit case law; to compare the demands of Plaintiff's past relevant work with the current residual functional capacity established in accordance with 20 C.F.R. §§ 404.1520(f) and 416.920(f); to prepare a proper drug and alcohol (DA&A) analysis regarding Plaintiff's substance induced mood disorder in accordance with 20 C.F.R. §§ 404.1535 and 416.935 and Public Law No. 104.121; and to evaluate the medical evidence received from Plaintiff's treating sources at the Veterans Administration Medical Center and the Baptist Medical Center pursuant to 20 C.F.R. §§ 404.1513 and 416.913." (*Def's Mem.* at 1-2)(Doc. 17).

administrative proceedings.

The final judgment requested in the supporting memorandum will be entered.[2]


Done this 20th day of July, 2006.


                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE

---

[2]Entry of the final judgment reversing and remanding this case will begin the appeal period which determines the 30-day period during which time a timely application for attorney fees under the Equal Access to Justice Act may be filed. (*Def's Mem.* at 2).